DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DWANE LOWERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2463

[April 25, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline Cahill Shepherd, Judge; L.T. Case No. 502015CF007031.

Dwane Lowers, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***